SCWC-12-0000095

IN THE SUPREME COURT OF THE STATE OF HAWAIʻI

---

VIHN ALKIRE-CLEMEN,
Petitioner/Claimant-Appellant,

vs.

CASTLE MEDICAL CENTER,
Respondent/Employer-Appellee, Self-insured,

and

CRAWFORD AND COMPANY,
Respondent/Insurance Adjuster-Appellee.

---

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(CAAP-12-0000095; CASE NO. AB 2003-121(S) (2-02-09980))

ORDER DISMISSING MOTION FOR RECONSIDERATION
(By: Recktenwald, C.J., Nakayama, Acoba, McKenna, and Pollack, JJ.)

On August 20, 2013, Petitioner/Claimant-Appellant Vihn Alkire-Clemen (Petitioner) filed a document entitled "Motion for New Trial or Amendment of Judgment Rule 59(a) and Rule 59(e) Federal Rules of Civil Procedure" (Motion), which we review as a motion for reconsideration of the August 19, 2013 Order Rejecting Application for Writ of Certiorari. Our rules do not allow for reconsideration of the acceptance or rejection of an application for a writ of certiorari. See Hawaiʻi Rules of Appellate Procedure Rule 40.1(h). Therefore,

IT IS HEREBY ORDERED that Petitioner's Motion is dismissed.

DATED: Honolulu, Hawaiʻi, August 26, 2013.

Vihn Alkire-Clemen
petitioner pro se

/s/ Mark E. Recktenwald

/s/ Paula A. Nakayama

/s/ Simeon R. Acoba, Jr.

/s/ Sabrina S. McKenna

/s/ Richard W. Pollack



2